# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| Brian Richmond, Adam Smith, Thomas Moore<br>**Pollock, LA** | )<br>)<br>)<br>) |
| Chris Barrett, William Adams, Kelly Butterbaugh, Dan Erzal, Kevin J. Sheehan, Jason Karcheim, Charles Pinnizzotto, Jr., Jason Karlheim, Mathew Beck, Edward Watt, Stephen Shrift, James B. Bianconi, and Christopher Grafton, Brian W. Kline<br>**Loretto, PA** | )<br>) |
| Jesse Carter, Michael Cruz, Carl Warner<br>**Berlin, NH** | ) |
| Brian Owens, Brian Mueller, Bryan Bower<br>**Greenville, IL** | ) |
| Corey Trammel, and James Kirkland<br>**Oakdale, LA** | ) |
| Kimberly Bush, Bobby Marburger Leonel Hernandez, Rodney Atkins and Joseph Augusta<br>**Bastrop, TX** | ) |
| Plaintiffs, | ) |
| V. | ) Civil Action No.: _____ |
| THE UNITED STATES OF AMERICA | ) Collective Action |
| Defendant. | ) |

**19-161 C**

# NOTICE OF DIRECTLY RELATED CASE

In accordance with Rule 40.2(a), Plaintiffs, Richmond, et al. hereby provide notice of the existence of the following directly related case:

*Taroviksy et al. v. United States* 1:19-cv-0004-PEC.

The related case involves the same defendant and legal claims as the instant matter. In addition, assigning this matter to the same judge would conserve judicial resources and promote the efficient administration of justice.

    Respectfully submitted,

    s/*Jack K. Whitehead, Jr.*
    **JACK K. WHITEHEAD, JR. #17863**
    **JOHN-ED L. BISHOP, #31622**
    WHITEHEAD LAW FIRM
    11909 Bricksome Ave., Suite W-3
    Baton Rouge, La 70816
    Telephone (225) 303-8600
    Facsimile (225) 303-0013
    jwhitehead@whitehead-law.com
    jbishop@whitehead-law.com
    *Attorneys for Plaintiffs*

# Certificate of Service

I hereby certify that on the 30th day of January, 2019, Notice of Directly Related Case was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic system.

Pursuant to Rules of the United States Court of Federal Claims, Rule 4, service of this notice on the United States will be effectuated by the clerk of the court.

In accordance with Rules of the United States Court of Federal Claims, Rule 40.2, a copy of the notice was mailed to the below counsel in *Taroviksy et al. v. United States* 1:19-cv-0004-PEC, by depositing same in the United States Mail, postage prepaid and properly addressed.

| Counsel for Tarovisky, et al.: | Counsel for United States: |
|---|---|
| HEIDI R. BURAKIEWICZ<br>Kalijarvi, Chuzi, Newman, & Fitch, P.C.<br>818 Connecticut Ave. NW, Suite 1000<br>Washington, D.C. 20006 | ROBERT E. KIRSCHMAN, JR<br>United States Department of Justice<br>PO Box 480<br>Ben Franklin Station<br>Washington, D.C. 20044 |

Respectfully,

  s/ *Jack K. Whitehead, Jr.*
     Jack K. Whitehead, Jr.
     January 30, 2019